**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY COLEMAN, an Individual, | Case No. 2:11-cv-10343 VAP (OPx) |
| Plaintiff, | |
| vs. | Assigned to Hon. Virginia A. Phillips |
| TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; TAKEDA PHARMACEUTICALS INTERNATIONAL, INC.; TAKEDA PHARMACEUTICAL COMPANY LIMITED; TAKEDA PHARMACEUTICALS, LLC; TAKEDA GLOBAL RESEARCH & DEVELOPMENT CENTER, INC; TAKEDA SAN DIEGO, INC.; and DOES 1 through 100, Inclusive, | **ORDER TO REMAND** |
| Defendants. | |

**[PROPOSED] ORDER TO REMAND**

1
2
3
4   Upon consideration of the parties' stipulation, it is hereby ordered that this action is **REMANDED** to the Superior Court of California, County of Los Angeles. Each party shall bear their own costs and attorneys' fees incurred in connection with the removal of this action and other proceedings in this Court.

5
6   **IT IS SO ORDERED.**

7   Dated: February 7_, 2012

    By: _____
    Virginia A. Phillips
    United States District Judge
    Central District of California

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**[PROPOSED] ORDER TO REMAND**